IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

-----------------------------:
This Document Relates To :
-----------------------------: CIVIL ACTION NO. MDL 875

UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN T. LAMBERTON,<br>vs.<br>ACandS, INC., et al. | CIVIL ACTION NO. 95-473T |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw Cetrulo & Capone LLP as attorneys on behalf of Defendant, Georgia-Pacific Corporation, in the above entitled action.

Respectfully submitted,

GEORGIA-PACIFIC CORPORATION
By its attorney,

Lawrence G. Cetrulo

Lawrence G. Cetrulo
BBO # 080000
CETRULO & CAPONE, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

Dated: October 14, 2005

**CERTIFICATE OF SERVICE**

I, Lawrence G. Cetrulo, hereby certify that I have served the forgoing Withdrawal of Appearance via First Class Mail to all counsel of record.

Lawrence G. Cetrulo

Lawrence G. Cetrulo

Dated: October 31, 2005